UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEATHER DYMOND, individually and on behalf
of all others similarly situated,

                      Plaintiff,

                                                                 **JUDGMENT**
- against -                                            19-CV-2559 (RRM) (AYS)

COMMONWEALTH FINANCIAL SYSTEM, INC.,

                      Defendant.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      An Order of the undersigned having been issued this day dismissing this action, it is hereby:

      ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendant and that all claims brought by plaintiff in this action are dismissed.

                                                      SO ORDERED.

Dated:  Brooklyn, New York                    *Roslynn R. Mauskopf*
          September 28, 2020

                                               _____
                                               ROSLYNN R. MAUSKOPF
                                               Chief United States District Judge